**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| THE SHOSHONE INDIAN TRIBE OF THE WIND RIVER RESERVATION, WYOMING,<br><br>*Plaintiff,*<br><br>v.<br><br>THE UNITED STATES,<br><br>*Defendant.* | November 30, 2004<br><br>No. 458b-79 L<br>Judge Hewitt |
| THE ARAPAHO INDIAN TRIBE OF THE WIND RIVER RESERVATION, WYOMING,<br><br>*Plaintiff,*<br><br>v.<br><br>THE UNITED STATES,<br><br>*Defendant.* | No. 459b-79 L<br>Judge Hewitt |

**JOINT NOTICE OF MODIFICATION OF INTERIM DEADLINE**

Pursuant to paragraph 1(g) of the Court's Order of August 27, 2004 ("Order"), the parties hereby submit their written agreement modifying an interim deadline. Specifically, the parties have agreed to modify the interim deadline of November 15, 2004, set out in paragraph 1(a) of the Order, to December 22, 2004. This modification will allow the parties to complete review and identification of relevant documents. The parties do not anticipate that this modification will result in an extension of the June 30, 2005 deadline.

Respectfully submitted,

By: s/ Steven D. Gordon
by s/ Brett D. Burton
Steven D. Gordon
Lynn E. Calkins
Jennifer M. Mason
Holland & Knight LLP
2099 Pennsylvania Ave., NW, Suite 100
Washington, DC 20006
Telephone: (202) 955-3000
Facsimile: (202) 955-5564

*Attorneys for the Eastern Shoshone Tribe*

By: s/ Richard M. Berley
by s/ Brett D. Burton
Richard M. Berley
Brian W. Chestnut
Ziontz, Chestnut, Varnell, Berley & Slonim
2101 Fourth Avenue, Suite 1230
Seattle, WA 98121
Telephone: (206) 448-1230
Facsimile: (206) 448-0962

*Attorneys for the Northern Arapaho Tribe*

THOMAS L. SANSONETTI
Assistant Attorney General

By: s/ Brett D. Burton_
Brett D. Burton
Nicolette Romano – of counsel
General Litigation Section
Environment and Natural Resources Division
U.S. Department of Justice
601 D Street, N.W.
Washington, DC 20004
Telephone: (202) 305-0212
Facsimile: (202) 353-2021

*Attorneys for the United States*

*Of Counsel to the Eastern Shoshone Tribe:*

John C. Schumacher
Law Office of John Schumacher
P.O. Box 748
Fort Washakie, WY 82514-0748
Telephone: (307) 335-8910
Facsimile: (307) 335-8911

Jerome L. Levine
James K. Kawahara
Holland & Knight LLP
633 West Fifth Street, 21st Floor
Los Angeles, CA 90071
Telephone: (213) 896-2400
Facsimile: (213) 896-2450

*Of Counsel to Defendant:*
Stephen Simpson
Office of the Solicitor
Division of Indian Affairs
U.S. Department of the Interior

1849 C St, N.W.
Mail Stop 6456-MIB
Washington, D.C. 20240
Telephone: (202) 219-1659
Facsimile: (202) 208-3490

**U.S. Department of Justice**

Environment and Natural Resources Division

90-2-20-978

*Brett D. Burton*
*(202) 305-0212 Direct Dial*
*(202) 353-2021 Primary Telefax*

*Natural Resources Section*
*P.O. Box 663*
*Washington, D.C. 20044-0663*

November 24, 2004

John Schumacher
Law Office of John Schumacher
420 E. Washington Avenue
Riverton, Wyoming 82501-4487

Re: Shoshone and Arapaho Tribes of the Wind River Reservation v. United States, Nos. 458b-79L, 459b-79L (Court of Federal Claims) (Hewitt)

Dear Mr. Schumacher:

I am in receipt of your November 15, 2004, letter identifying information required by paragraph 1(a) of the Court's August 27, 2004, Order and addressing interim document review and identification schedules. The Government responds as follows:

1. Minerals Management Service. I forwarded the Tribes' requested accessions (Exhibit B) and document review dates to MMS. MMS can support the Tribes' requested document review and identification on November 29-30, 2004. Please coordinate your review, including the names of all reviewers, with Linda Lautigar at MMS at 303-231-3494 as soon as possible.

The Government is currently coordinating with MMS regarding Accession 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 and a detailed list for that accession. The Government understands that the Tribes' review of this list may result in the need for additional inspections.

2. General Services Administration - Indian Trust Accounting Division. The Government is unaware of non-duplicative documents at ITAD. The Government will consider future requests from the Tribes to review documents at ITAD to fill-in-gaps in information with reasonable notice (1-2 week's advance notice).

3. Bureau of Land Management Offices. The Solicitor's Office is currently gathering the requested leases from the BLM-Lander Field Office for production to the Tribes. The Tribes may examine the boxes of publications at the BLM-Casper Office on December 2 or 3, 2004. Please coordinate your review with Dean Stillwell at BLM at 307-261-7620.

4. Bureau of Indian Affairs - Wind River Agency. I am currently coordinating with the Solicitor's Office regarding the Wind River Agency SF-135s. The Government understands that the Tribes review of these SF-135s may result in the need for further inspections.

Per our discussions, it is the Government's understanding that the parties have agreed to modify the interim deadline of November 15, 2004, set out in paragraph 1(a) of the Scheduling Order, dated August 27, 2004, to *December 22, 2004*. As it stands, according to the Court's Order, the Tribes were to have completed their review and identification of documents on or before November 15, 2004. However, the parties were unable to coordinate and complete all inspections on this date due to the large volume of documents and the discovery of additional document collections based on the Tribes review of SF-135s.

Please notify me as soon as possible if this is not your understanding of our agreement. If you concur with this modification to the schedule, please indicate your concurrence below. I will forward the agreement of the parties to the Court in accordance with paragraph 1(g) of the Scheduling Order.

The Government also notes that due to the proposed modification to the review schedule, at a future date, the Government will seek a modification of the December 16, 2004 production date.

Sincerely,

Brett D. Burton
Trial Attorney

Concur:

Steven D. Gordon
Date: 11/30/04

Richard M. Berley
Date: 11 · 30 · 2004

John Schumacher
Date: 11/30/04

cc: Nicolette Romano
Stephen Simpson