**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| THE SHOSHONE INDIAN TRIBE OF THE WIND RIVER RESERVATION, WYOMING,<br><br>*Plaintiff,*<br><br>v.<br><br>THE UNITED STATES,<br><br>*Defendant.* | Filed Electronically:<br>January 4, 2005<br><br>No. 458b-79 L<br>Judge Hewitt |
| THE ARAPAHO INDIAN TRIBE OF THE WIND RIVER RESERVATION, WYOMING,<br><br>*Plaintiff,*<br><br>v.<br><br>THE UNITED STATES,<br><br>*Defendant.* | No. 459b-79 L<br>Judge Hewitt |

**JOINT NOTICE OF MODIFICATION OF INTERIM DEADLINES**

Pursuant to paragraph 1(g) of the Court's Order of August 27, 2004 ("Scheduling Order"), the parties hereby submit their written agreement modifying the interim deadlines set out in paragraph 1(e) of the Scheduling Order. According to the Scheduling Order, the parties are required to submit their final request for production of any documents not covered by paragraphs 1(a) through 1(d) on or before January 12, 2005, and to make such responsive documents available for the opposing party on or before March 21, 2005.

The parties have agreed that they may each submit their respective final requests for production no later than March 21, 2005, and that they will each make responsive documents available on a rolling basis between the dates of April 21, 2005, and May 19, 2005. The parties do not anticipate that this modification will result in an extension of the June 30, 2005 deadline.

Respectfully submitted,

By: s/ Steven D. Gordon
by s/ Brett D. Burton
Steven D. Gordon
Lynn E. Calkins
Jennifer M. Mason
Holland & Knight LLP
2099 Pennsylvania Ave., NW, Suite 100
Washington, DC 20006
Telephone: (202) 955-3000
Facsimile: (202) 955-5564

*Attorneys for the Eastern Shoshone Tribe*

By: s/ Richard M. Berley
by s/ Brett D. Burton
Richard M. Berley
Brian W. Chestnut
Ziontz, Chestnut, Varnell, Berley & Slonim
2101 Fourth Avenue, Suite 1230
Seattle, WA 98121
Telephone: (206) 448-1230
Facsimile: (206) 448-0962

*Attorneys for the Northern Arapaho Tribe*

THOMAS L. SANSONETTI
Assistant Attorney General

By: s/ Brett D. Burton_
Brett D. Burton
Nicolette Romano – of counsel
General Litigation Section
Environment and Natural Resources Division
U.S. Department of Justice
601 D Street, N.W.
Washington, DC 20004
Telephone: (202) 305-0212
Facsimile: (202) 353-2021

*Attorneys for the United States*

*Of Counsel to the Eastern Shoshone Tribe:*

John C. Schumacher
Law Office of John Schumacher

Jerome L. Levine
James K. Kawahara

P.O. Box 748
Fort Washakie, WY 82514-0748
Telephone: (307) 335-8910
Facsimile: (307) 335-8911

*Of Counsel to Defendant:*
Stephen Simpson
Office of the Solicitor
Division of Indian Affairs
U.S. Department of the Interior
1849 C St, N.W.
Mail Stop 6456-MIB
Washington, D.C. 20240
Telephone: (202) 219-1659
Facsimile: (202) 208-3490

Holland & Knight LLP
633 West Fifth Street, 21st Floor
Los Angeles, CA 90071
Telephone: (213) 896-2400
Facsimile: (213) 896-2450