Burton

U.S. Department of Justice

DEPARTMENT OF JUSTICE
GENERAL LITIGATION
SECTION

Environment and Natural Resources Division

04 DEC 34 PM 4:12

90-2-20-978

*Brett D. Burton*
*(202) 305-0212 Direct Dial*
*(202) 353-2021 Primary Telefax*

*Natural Resources Section*
*P.O. Box 663*
*Washington, D.C. 20044-0663*

December 27, 2004

Steven D. Gordon
Holland & Knight LLP
2099 Pennsylvania Ave., NW, Suite 100
Washington, DC 20006

Richard M. Berley
Ziontz, Chestnut, Varnell, Berley & Slonim
2101 Fourth Avenue, Suite 1230
Seattle, WA 98121

John Schumacher
Law Office of John Schumacher
420 E. Washington Avenue
Riverton, Wyoming 82501-4487

Re: Shoshone and Arapaho Tribes of the Wind River Reservation, Nos. 458-79L, 459-79L (Court of Federal Claims) (Hewitt)

Dear Messrs. Gordon, Berley, and Schumacher:

Per our previous discussions, it is the Government's understanding that the parties have agreed to modify the production deadline of January 12, 2005, set out in paragraph 1(e) of the Scheduling Order, dated August 27, 2004. As it stands, according to the Court's Order, the parties are currently required to submit their final requests for production of any documents not covered by paragraphs 1(a) through 1(d) on or before January 12, 2005, and to make such responsive documents available for the opposing party on or before March 21, 2005.

The parties have since verbally agreed they may each submit their respective final requests for production no later than March 21, 2005. The date for the responding parties to begin making responsive documents available is also hereby modified to April 21, 2005; the parties agree they will conduct initial privilege reviews and make responsive documents available on a rolling basis between the dates of April 21, 2005, and May 19, 2005, in accordance with a mutually-agreeable inspection schedule. The parties will ensure that privilege reviews are done in a timely fashion prior to the time scheduled for each requesting party's inspection. The rest of paragraph 1(e) remains unchanged.

90-2-20-978/1

This schedule is subject to modification by mutual agreement of the parties. Please notify me as soon as possible if this is not your understanding of our agreement. If you concur with this modification to the schedule, please indicate your concurrence below. I will forward the agreement of the parties to the Court in accordance with paragraph 1(g) of the Scheduling Order.

Sincerely,

Brett D. Burton
Trial Attorney

Concur:

Steven D. Gordon by SCS
Date: 12/30/04

Richard M. Berley by SCS
Date: 12/30/04

John Schumacher
Date: 12/30/04

cc: Terry Petrie
Nicolette Romano
Stephen Simpson