**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| THE SHOSHONE INDIAN TRIBE OF THE WIND RIVER RESERVATION, WYOMING,<br><br>*Plaintiff*,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>*Defendant.* | Filed Electronically:<br>January 26, 2005<br><br>No. 458-79 L<br>Judge Hewitt |
| THE ARAPAHO INDIAN TRIBE OF THE WIND RIVER RESERVATION, WYOMING,<br><br>*Plaintiff*,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>*Defendant*. | No. 459-79 L<br>Judge Hewitt |

NOTICE OF APPEARANCE

To the Clerk of the Court:

Please enter the appearance of Terry M. Petrie, in substitution for Brett D. Burton, as counsel for Defendant United States of America. Service of all papers by U.S. mail, overnight and hand delivery should be addressed as follows:

Terry M. Petrie
United States Department of Justice
Environment & Natural Resources Division
General Litigation Section
999 18th Street
Suite 945
Denver, CO 80202

Dated: January 26, 2005

Respectfully submitted,

*s/ Terry M. Petrie*

Terry M. Petrie
Trial Attorney
United States Department of Justice
Environment & Natural Resources Division
General Litigation Section
999 18th Street
Suite 945
Denver, CO 80202
Phone: (303) 312-7327
Facsimile: (303) 312-7379
terry.petrie@usdoj.gov