# In the United States Court of Federal Claims

(E-Filed: February 23, 2005)

| | |
|---|---|
| THE SHOSHONE INDIAN TRIBE OF THE WIND RIVER RESERVATION, WYOMING,<br>Plaintiff,<br>v.<br>THE UNITED STATES,<br>Defendant. | No. 458-79 L |
| THE ARAPAHO INDIAN TRIBE OF THE WIND RIVER RESERVATION, WYOMING,<br>Plaintiff,<br>v.<br>THE UNITED STATES,<br>Defendant. | No. 459-79 L |

ORDER

The court hereby AMENDS its Order of June 13, 2001, designating a segment of plaintiffs' claims as subdocket Nos. 458a-79 and 459a-79, and its Order of August 27, 2004, further segmenting and designating plaintiffs' claims into subdocket Nos. 458b-79 & 459b-79 and 458c-79 & 459c-79, to REDESIGNATE the subdocket numbers as follows:

1. Subdocket Nos. 458a-79 and 459a-79 shall be redesignated subdocket Nos. 4581-79 and 4591-79.

2. Subdocket Nos. 458b-79 and 459b-79 shall be redesignated subdocket Nos. 4582-79 and 4592-79.

3. Subdocket Nos. 458c-79 and 459c-79 shall be redesignated subdocket Nos. 4583-79 and 4593-79.

The parties are directed to designate the appropriate subdocket numbers on all filings. If a filing applies to multiple subdockets, the filing shall so indicate and a copy for each subdocket shall be filed in addition to any other copies required under the Rules of the Court of Federal Claims (RCFC).

The parties are urged to contact the court at any time when they believe the involvement of the court will help to secure the just, speedy, and inexpensive determination of this action. See RCFC 1.

IT IS SO ORDERED.

s/Emily C. Hewitt
EMILY C. HEWITT
Judge