# In the United States Court of Federal Claims

(E-Filed: March 22, 2005)

| | |
|---|---|
| THE SHOSHONE INDIAN TRIBE OF THE WIND RIVER RESERVATION, WYOMING,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 458-79 L |
| THE ARAPAHO INDIAN TRIBE OF THE WIND RIVER RESERVATION, WYOMING,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 459-79 L |

## ORDER

It has come to the court's attention that three docket items have been incorrectly filed in consolidated case Nos. 458-79 L/459-79 L, the lead docket in this case. The Clerk of the Court is hereby directed to STRIKE the following filings from the lead docket:

1. Docket item no. 422, Joint Notice of Modification of Interim Deadline, filed on November 30, 2004.

2. Docket item no. 423, Joint Notice of Modification of Interim Deadlines, filed on December 17, 2004.

3. Docket item no. 424, Joint Notice of Modification of Interim Deadlines, filed on January 14, 2005.

On or before April 1, 2005, defendant shall REFILE the foregoing docket items in consolidated subdocket Nos. 4582-79 L/4592-79 L.

IT IS SO ORDERED.

s/Emily C. Hewitt
EMILY C. HEWITT
Judge