IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| THE SHOSHONE INDIAN TRIBE OF THE WIND RIVER RESERVATION, WYOMING,<br><br>*Plaintiff,*<br><br>v.<br><br>THE UNITED STATES,<br><br>*Defendant.* | Nos. 458-79 L, 4581-79 L<br>Judge Hewitt |
| THE ARAPAHO INDIAN TRIBE OF THE WIND RIVER RESERVATION, WYOMING,<br><br>*Plaintiff,*<br><br>v.<br><br>THE UNITED STATES,<br><br>*Defendant.* | Nos. 459-79 L, 4591-79 L<br>Judge Hewitt |

**JOINT MOTION REGARDING ENTRY OF JUDGMENT**

As the Court stated in its Order filed May 11, 2005, the Supreme Court denied certiorari regarding the statute of limitations and interest on April 18, 2005. The decision has implications regarding the parties' Settlement Agreement pertaining to sand and gravel filed October 1, 2002, and also their Stipulation for Dismissal of Claims Regarding "Oil and Gas Phase One Issues" filed June 23, 2004, which preserved certain claims pertaining to interest. *See* Order filed June 30, 2004.

The parties have had several discussions and hope to reach agreement regarding at least some potential issues, and jointly move the Court to adopt the schedule proposed herein to permit them adequate time to do so. As examples, the parties will try to reach agreement on whether the Federal Circuit's decision regarding limitations, which affirmed and reversed this Court's decision in part, constitutes "success" on the issue entitling the plaintiff Tribes to the $50,000 provided for in the sand and gravel Settlement Agreement. (That the Tribes prevailed on the interest issue for purposes of the sand and gravel Settlement Agreement is undisputed.)

The parties will also determine whether they can reach agreement on some of the interest issues preserved in the Stipulation for Dismissal of Claims Regarding "Oil and Gas Phase One Issues," and the referenced Settlement Agreement Regarding "Oil and Gas Phase One."

Based on the foregoing, the parties jointly propose the following schedule:

1. **Sand and Gravel.** If the parties cannot achieve agreement on a final judgment regarding sand and gravel by July 22, 2005, the plaintiff Tribes shall file by that date a motion for entry of judgment addressing the statute of limitations issue as reserved in the sand and gravel Settlement Agreement filed October 1, 2002. The Government's response and the Tribes' reply shall be filed in accordance with the regular time limits provided by RCFC 7.2.

2. **Oil and Gas Phase One.** If the parties cannot achieve agreement on a final judgment regarding oil and gas phase one by August 19, 2005, the plaintiff Tribes shall file by that date a motion for entry of judgment addressing the issue of interest as reserved in the Stipulation for Dismissal of Claims Regarding "Oil and Gas Phase One Issues" filed June 23, 2004, and the referenced Settlement Agreement Regarding "Oil and Gas Phase One." The Government's response and the Tribes' reply shall be filed in accordance with the regular time limits provided by RCFC 7.2.

Dated: May 25, 2005.

Respectfully submitted,

s/Susan M. Williams
by s/Richard M. Berley w/auth'n
SUSAN M. WILLIAMS
Williams & Works, P.A.
P.O. Box 1483
Corrales, New Mexico 87048
(505) 899-7994 (Telephone)
(505) 899-7972 (Facsimile)
swilliams@williamsandworks.net
*Counsel of Record for Eastern Shoshone Tribe*

s/Richard M. Berley
RICHARD M. BERLEY
Ziontz, Chestnut, Varnell, Berley & Slonim
2101 4th Avenue, Suite 1230
Seattle, WA 98121
(206) 448-1230 (Telephone)
(206) 448-0962 (Facsimile)
rberley@zcvbs.com
*Counsel of Record for Northern Arapaho Tribe*

Kelly A. Johnson
Acting Assistant Attorney General
Evironment and Natural Resources Division

s/Terry M. Petrie
by s/Richard M. Berley w/auth'n
TERRY M. PETRIE
Environment and Natural Resources Division
U.S. Department of Justice
999 18th Street, Suite 945
Denver, CO 80202
(303) 312-7327 (Telephone)
(303) 312-7379 (Facsimile)
Terry.Petrie@usdoj.gov
*Counsel of Record for United States*