# In the United States Court of Federal Claims

(E-Filed: August 11, 2005)

| | |
|---|---|
| THE SHOSHONE INDIAN TRIBE OF THE WIND RIVER RESERVATION, WYOMING,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 458-79 L |
| THE ARAPAHO INDIAN TRIBE OF THE WIND RIVER RESERVATION, WYOMING,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 459-79 L |

ORDER

Before the court is the parties' Joint Motion for Extension of Time Regarding Judgment on Interest Issue, electronically filed August 9, 2005. Based on the representations contained therein, the court GRANTS the parties' motion and hereby SUPERSEDES its Order of June 6, 2005. If the parties cannot achieve agreement on a final judgment regarding oil and gas phase one, plaintiffs shall file on or before October 18, 2005 a motion for entry of judgment addressing the issue of interest as reserved in the Stipulation for Dismissal of Claims Regarding "Oil and Gas Phase One," filed June 23, 2004. Defendant's response and plaintiffs' reply shall be filed in accordance with the time limits provided by RCFC 7.2.

IT IS SO ORDERED.

s/Emily C. Hewitt
EMILY C. HEWITT
Judge