# In the United States Court of Federal Claims

(E-Filed: October 14, 2005)

| | |
|---|---|
| THE SHOSHONE INDIAN TRIBE OF THE WIND RIVER RESERVATION, WYOMING,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 458-79 L |
| THE ARAPAHO INDIAN TRIBE OF THE WIND RIVER RESERVATION, WYOMING,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 459-79 L |

## ORDER

At the request of parties, an informal telephonic status conference has been scheduled for Monday, October 17, 2005, at 9:30 a.m. EDT.

IT IS SO ORDERED.

s/Emily C. Hewitt
EMILY C. HEWITT
Judge