# In the United States Court of Federal Claims

(E-Filed: October 17, 2005)

| | |
|---|---|
| THE SHOSHONE INDIAN TRIBE OF THE WIND RIVER RESERVATION, WYOMING, Plaintiff, v. THE UNITED STATES, Defendant. | No. 458-79 L |
| THE ARAPAHO INDIAN TRIBE OF THE WIND RIVER RESERVATION, WYOMING, Plaintiff, v. THE UNITED STATES, Defendant. | No. 459-79 L |

## ORDER

The court has before it the parties' Joint Motion to Modify Schedule Regarding Judgment on Interest Issue filed on October 5, 2005 (the October 5 Motion). The court's Order of August 11, 2005, provided that if the parties could not achieve agreement on a final judgment regarding interest in the "Oil and Gas Phase One" of the case, plaintiffs would file on or before October 18, 2005, a motion for entry of judgment addressing the issue.

Further to an informal telephonic status conference held by the court with the parties on October 17, 2005, for the purpose of discussing the October 5 Motion, the

court extends the time within which the parties shall attempt to agree on and file a joint motion for entry of judgment up to and including Monday, December 19, 2005. If such a motion has not then been filed, the parties shall participate in a telephonic status conference with the court on Tuesday, December 20, 2005, at 11:00 a.m. EST for the purpose of scheduling further proceedings in the case.

The parties are urged to contact the court at any time when they believe the involvement of the court will help to secure the just, speedy, and inexpensive determination of this action. See RCFC 1.

IT IS SO ORDERED.

s/Emily C. Hewitt
EMILY C. HEWITT
Judge