# In the United States Court of Federal Claims

(E-Filed: December 20, 2005)

| | |
|---|---|
| THE SHOSHONE INDIAN TRIBE OF THE WIND RIVER RESERVATION, WYOMING,<br>Plaintiff,<br>v.<br>THE UNITED STATES,<br>Defendant. | No. 458-79 L |
| THE ARAPAHO INDIAN TRIBE OF THE WIND RIVER RESERVATION, WYOMING,<br>Plaintiff,<br>v.<br>THE UNITED STATES,<br>Defendant. | No. 459-79 L |

ORDER

The court's Order of October 17, 2005, provided that if the parties could not achieve agreement on a final judgment regarding interest in the "Oil and Gas Phase One" of the case, plaintiffs would file on or before December 19, 2005, a motion for entry of judgment addressing the issue. The Order also set the date of December 20, 2005 for a telephonic status conference in the event that a motion for entry of judgment was not filed. Further to the informal telephonic status conference held on December 20, 2005, the court was informed of what the parties characterized as a tentative agreement on the settlement issues under discussion.

The court will hold a telephonic status conference with the parties on January 17, 2006 at 11:00 EST. A Sprint operator will initiate the call.

The parties are urged to contact the court at any time when they believe the involvement of the court will help to secure the just, speedy, and inexpensive determination of this action. See RCFC 1.

IT IS SO ORDERED.

s/Emily C. Hewitt
EMILY C. HEWITT
Judge