# In the United States Court of Federal Claims

(E-Filed: February 16, 2006)

| | |
|---|---|
| THE SHOSHONE INDIAN TRIBE OF THE WIND RIVER RESERVATION, WYOMING,<br>Plaintiff,<br>v.<br>THE UNITED STATES,<br>Defendant. | No. 458-79 L |
| THE ARAPAHO INDIAN TRIBE OF THE WIND RIVER RESERVATION, WYOMING,<br>Plaintiff,<br>v.<br>THE UNITED STATES,<br>Defendant. | No. 459-79 L |

## ORDER

The court's Order of October 17, 2005 provided that if the parties could not achieve agreement on a final judgment regarding interest in the "Oil and Gas Phase One" of the case, plaintiffs would file on or before December 19, 2005 a motion for entry of judgment addressing the issue. Further to subsequent informal telephonic status conferences held most recently on February 15, 2006, the court was informed of progress in obtaining approval of the settlement agreement.

The court will hold a telephonic status conference with the parties on March 2, 2006 at 3:00 p.m. EST. A Sprint operator will initiate the call.

The parties are urged to contact the court at any time when they believe the involvement of the court will help to secure the just, speedy, and inexpensive determination of this action. See RCFC 1.

IT IS SO ORDERED.

s/Emily C. Hewitt
EMILY C. HEWITT
Judge