IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| THE SHOSHONE INDIAN TRIBE OF THE WIND RIVER RESERVATION, WYOMING,<br><br>*Plaintiff,*<br><br>v.<br><br>THE UNITED STATES,<br><br>*Defendant.* | Nos. 458-79 L<br>Judge Hewitt |
| THE ARAPAHO INDIAN TRIBE OF THE WIND RIVER RESERVATION, WYOMING,<br><br>*Plaintiff,*<br><br>v.<br><br>THE UNITED STATES,<br><br>*Defendant.* | Nos. 459-79 L<br>Judge Hewitt |

**SETTLEMENT AGREEMENT REGARDING OIL AND GAS PHASE ONE INTEREST**

This Settlement Agreement Regarding Oil and Gas Phase One Interest ("Settlement Agreement") is entered into by and among the Eastern Shoshone Tribe and the Northern Arapaho Tribe (collectively "Tribes"), and the United States. "Parties" as used herein refers to the Tribes and the United States.

**Recitals**

A. In June of 2004, the Parties entered into an agreement entitled "Settlement Agreement Regarding 'Oil and Gas Phase One'" ("2004 Settlement Agreement"). By Order dated June 30, 2004, the Court approved a stipulation implementing the 2004 Settlement Agreement and dismissed with prejudice the Tribes' claims regarding Oil and Gas Phase One Issues, as defined in the 2004 Settlement Agreement ("Oil and Gas Phase One Issues"), with the exception of the Tribes' claims for interest regarding Oil and Gas Phase One Issues. The 2004 Settlement

Agreement also provided that if the Tribes prevailed on the interest issue, as provided therein, the Tribes' claims for interest regarding Oil and Gas Phase One Issues would be calculated pursuant to a framework set forth in the 2004 Settlement Agreement.

B. The Tribes prevailed on the interest issue as provided in the 2004 Settlement Agreement. A decision regarding the Tribes' entitlement to interest was issued by the Court of Appeals for the Federal Circuit in an opinion reported at 364 F.3d 1339 (Fed. Cir. 2004). Certiorari was denied on April 18, 2005. 125 S.Ct. 1824, 1826. Thereafter, the Court of Federal Claims provided time to the Parties to attempt to resolve by agreement the issue of interest regarding Oil and Gas Phase One Issues.

C. The parties have engaged in good faith negotiations to avoid further litigation of the issue of interest regarding Oil and Gas Phase One Issues, and desire to settle and resolve that issue by agreement.

**Terms and Conditions**

Based on the foregoing, and in consideration of the mutual promises and covenants set forth both in the 2004 Settlement Agreement and herein, and for other valuable consideration, the Parties hereby agree, through their undersigned counsel, as follows:

1. By way of compromise and settlement, the United States shall pay to the Tribes the sum of Ten Million Five Hundred Thousand Dollars ($10,500,000) ("Payment") as a full and final payment of interest due the Tribes regarding Oil and Gas Phase One Issues. The Payment shall be divided equally between the two Tribes. The amount allocated to each Tribe shall be further subdivided into 85% and 15% shares for distribution to tribal members and the Tribes as provided by statute (25 USC § 613).

2. Upon completion of the Payment as described in paragraph 1, the Parties shall file a stipulation ("Stipulation") in the form attached hereto as Exhibit A to dismiss with prejudice the Tribes' claims for interest regarding Oil and Gas Phase One Issues.

3. Each Party shall bear its own costs, expenses and fees associated with the issue of interest regarding Oil and Gas Phase One Issues.

4. No Party shall appeal an order of dismissal which implements and is consistent with the Stipulation.

5. Upon completion of the Payment described in paragraph 1 above, the Tribes waive all claims for any further interest or other earnings, however computed, with respect to Oil and Gas Phase One Issues as described in the 2004 Settlement Agreement. Without limitation, this waiver shall cover all claims for any further interest or other earnings, however computed, with respect to the $12,000,000 payment made pursuant to the 2004 Settlement Agreement. The Tribes do not waive, and explicitly reserve, potential claims for interest on amounts which may become due to the Tribes in the future by judgment or settlement in other phases of this litigation covering issues which are not Oil and Gas Phase One Issues.

6. This Settlement Agreement and the Stipulation are results of settlement and compromise, and, as such, neither the documents themselves, nor the methods or principles of calculation which may have been used to achieve such settlement and compromise, shall be regarded as precedents in any other litigation involving the parties, including the remaining phases of this litigation.

Dated: March 6, 2006.

Respectfully submitted,

s/Harry R. Sachse
by R. Berley w/auth'n
HARRY R. SACHSE
ANNE D. NOTO
Sonosky, Chambers, Sachse
Endreson & Perry, LLP
1425 K Street, NW, Suite 600
Washington, DC 20005
(202) 682-0240 (Telephone)
(202) 682-0249 (Facsimile)
hsachse@sonosky.com
*Counsel of Record for Eastern Shoshone Tribe*

s/Richard M. Berley
RICHARD M. BERLEY
BRIAN W. CHESTNUT
Ziontz, Chestnut, Varnell,
Berley & Slonim
2101 4th Avenue, Suite 1230
Seattle, WA 98121
(206) 448-1230 (Telephone)
(206) 448-0962 (Facsimile)
rberley@zcvbs.com
*Counsel of Record for Northern Arapaho Tribe*

SUSAN M. WILLIAMS
LISA K. CONDON
Williams & Works, P.A.
P.O. Box 1483
Corrales, New Mexico 87048
(505) 899-7994 (Telephone)
(505) 899-7972 (Facsimile)
swilliams@williamsandworks.net
*Counsel for Eastern Shoshone Tribe*

Kelly A. Johnson
Acting Assistant Attorney General
Environment and Natural Resources Division

s/Terry M. Petrie
by R. Berley w/auth'n
TERRY M. PETRIE
Environment and Natural Resources Division
U.S. Department of Justice
999 18th Street, Suite 945
Denver, CO 80202
(303) 312-7327 (Telephone)
(303) 312-7379 (Facsimile)
Terry.Petrie@usdoj.gov
*Counsel of Record for United States*

THOMAS KEARNS
Office of the Solicitor
U.S. Department of the Interior
1849 C Street, NW
Washington, DC 20240
*Counsel for Department of the Interior*

**EXHIBIT A**

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| THE SHOSHONE INDIAN TRIBE OF THE WIND RIVER RESERVATION, WYOMING,<br>*Plaintiff,*<br>v.<br>THE UNITED STATES,<br>*Defendant.* | No. 458-79 L<br>Judge Hewitt |
| THE ARAPAHO INDIAN TRIBE OF THE WIND RIVER RESERVATION, WYOMING,<br>*Plaintiff,*<br>v.<br>THE UNITED STATES,<br>*Defendant.* | No. 459-79 L<br>Judge Hewitt |

**STIPULATION FOR DISMISSAL OF INTEREST CLAIM REGARDING OIL AND GAS PHASE ONE ISSUES**

Plaintiffs Eastern Shoshone Tribe and the Northern Arapaho Tribe (collectively "Tribes") and Defendant the United States have reached a settlement regarding the Tribes' claims for interest regarding Oil and Gas Phase One Issues ("Oil and Gas Phase One Issues"), as defined in the parties' Stipulation for Dismissal of Claims Regarding "Oil and Gas Phase One Issues" entered in June of 2004 ("2004 Stipulation"). Based on this settlement, the parties stipulate as follows:

1. All claims by the Tribes for interest with respect to Oil and Gas Phase One Issues as described in the 2004 Stipulation should be dismissed with prejudice.

2. Each party should bear its own costs, expenses and fees associated with the issue of interest regarding Oil and Gas Phase One Issues.

3. No Party shall appeal an order of dismissal which implements and is consistent with

this Stipulation.

4. The Tribes have waived all claims for any further interest or other earnings, however computed, with respect to Oil and Gas Phase One Issues. Without limitation, this waiver covers all claims for any further interest or other earnings, however computed, with respect to the principal payment made by the United States to the Tribes to implement the parties' 2004 settlement of Oil and Gas Phase One Issues. The Tribes do not waive, and explicitly reserve, potential claims for interest on amounts which may become due to the Tribes in the future by judgment or settlement in other phases of this litigation covering issues which are not Oil and Gas Phase One Issues.

6. This Stipulation is the result of settlement and compromise, and, as such, shall not be regarded as precedent in any other litigation involving the parties, including the remaining phases of this litigation.

Dated: ___________________, 2006.

Respectfully submitted,

___________________
HARRY R. SACHSE
ANNE D. NOTO
Sonosky, Chambers, Sachse
Endreson & Perry, LLP
1425 K Street, NW, Suite 600
Washington, DC 20005
(202) 682-0240 (Telephone)
(202) 682-0249 (Facsimile)
hsachse@sonosky.com
*Counsel of Record for Eastern Shoshone Tribe*

______________________
RICHARD M. BERLEY
BRIAN W. CHESTNUT
Ziontz, Chestnut, Varnell,
Berley & Slonim
2101 4th Avenue, Suite 1230
Seattle, WA 98121
(206) 448-1230 (Telephone)
(206) 448-0962 (Facsimile)
rberley@zcvbs.com
*Counsel of Record for Northern Arapaho Tribe*

SUSAN M. WILLIAMS
LISA K. CONDON
Williams & Works, P.A.
P.O. Box 1483
Corrales, New Mexico 87048
(505) 899-7994 (Telephone)
(505) 899-7972 (Facsimile)
swilliams@williamsandworks.net
*Counsel for Eastern Shoshone Tribe*

Kelly A. Johnson
Acting Assistant Attorney General
Environment and Natural Resources Division

_____________________
TERRY M. PETRIE
Environment and Natural Resources Division
U.S. Department of Justice
999 18th Street, Suite 945
Denver, CO 80202
(303) 312-7327 (Telephone)
(303) 312-7379 (Facsimile)
Terry.Petrie@usdoj.gov
*Counsel of Record for United States*

THOMAS KEARNS
Office of the Solicitor
U.S. Department of the Interior
1849 C Street, NW
Washington, DC 20240
*Counsel for Department of the Interior*