**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| THE SHOSHONE INDIAN TRIBE OF THE WIND RIVER RESERVATION, WYOMING,<br>*Plaintiff,*<br>v.<br>THE UNITED STATES,<br>*Defendant.* | ) | No. 458-79 L<br>Judge Hewitt |
| THE ARAPAHO INDIAN TRIBE OF THE WIND RIVER RESERVATION, WYOMING,<br>*Plaintiff,*<br>v.<br>THE UNITED STATES,<br>*Defendant.* | ) | No. 459-79 L<br>Judge Hewitt |

**DEFENDANT'S MOTION FOR LEAVE TO CORRECT**
**DEFENDANT'S ANSWER TO FIRST AMENDED PETITION – EASTERN SHOSHONE INDIAN TRIBE**

The United States, defendant herein, respectfully requests leave to file a corrected Defendant's Answer to First Amended Petition – Eastern Shoshone Indian Tribe. Defendant requests that the corrected filing be substituted for the filed copy, dated April 14, 2006, docket entry 448. The filed entry contains the incorrect case number of 4581-79/4591-79, when the case caption should read 458-79/459-79.

Dated: April 14, 2006

Respectfully submitted,

SUE ELLEN WOOLDRIDGE
Assistant Attorney General
Environment and Natural Resources Division

s/Terry M. Petrie
TERRY M. PETRIE
Environment and Natural Resources Divisioin
U.S. Department of Justice
999 18th Street, Suite 945
Denver, CO 80202
(303) 312-7327 (telephone)
(303) 312-7379 (facsimile)
Terry.Petrie@usdoj.gov

Counsel of Record for Defendant

OF COUNSEL

THOMAS KEARNS
Office of the Solicitor
U.S. Department of the Interior
1849 C Street, N.W.
Washington, D.C. 20240