# In the United States Court of Federal Claims

(E-Filed: April 25, 2006)

THE SHOSHONE INDIAN TRIBE OF THE WIND RIVER RESERVATION, WYOMING,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

---

THE ARAPAHO INDIAN TRIBE OF THE WIND RIVER RESERVATION, WYOMING,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

## ORDER

The court has before it Defendant's Motion for Leave to Correct Defendant's Answer to First Amended Petition – Eastern Shoshone Indian Tribe (Motion), filed electronically April 14, 2006. The purpose of the Motion is to correct an error in the case number provided in the caption of defendant's answer. Defendant's Motion is GRANTED for the reason stated.

IT IS SO ORDERED.

s/Emily C. Hewitt
EMILY C. HEWITT
Judge