**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| THE SHOSHONE INDIAN TRIBE OF THE WIND RIVER RESERVATION, WYOMING,<br><br>*Plaintiff*,<br><br>v.<br><br>THE UNITED STATES,<br><br>*Defendant*. | No. 458-79 L<br>Judge Hewitt |
| THE ARAPAHO INDIAN TRIBE OF THE WIND RIVER RESERVATION, WYOMING,<br><br>*Plaintiff*,<br><br>v.<br><br>THE UNITED STATES,<br><br>*Defendant*. | No. 459-79 L<br>Judge Hewitt |

**NOTICE OF ADDRESS CHANGE**

To the Clerk:

Pursuant to Rule 83.1(c)(3) of the Court's rules, please be advised that the address of the undersigned as counsel for the United States in the above-referenced action will change effective May 1, 2006. His address for service of all papers by U.S. Mail or express deliveries (e.g., Federal Express) will be:

Terry M. Petrie
Environment and Natural Resources Division
U.S. Department of Justice
1961 Stout Street, 8th Floor
Denver, CO 80294

His phone number will be 303-844-1369 and the facsimile number will be 303-844-1350.

Dated: April 27, 2006

Respectfully submitted,

*s/Terry. M. Petrie*

TERRY M. PETRIE
Environment and Natural Resources Division
U.S. Department of Justice
999 18th Street, Suite 945
Denver, CO 80202
Tele: 303-312-7327
Fax: 303-312-7379
Terry.Petrie@usdoj.gov

Attorney for Defendant